UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR BANNISTER, | : | CIVIL ACTION NO. 3:CV-12-1772 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| WARDEN DAVID EBBERT, | : | |
| Respondent | : | |

**ORDER**

**AND NOW, THIS 20th DAY OF JUNE, 2014**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON
JUN 20 2014
PER _____ DEPUTY CLERK